ACCEPTED
03-15-00211-CV
5104840
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/30/2015 3:16:59 PM
JEFFREY D. KYLE
CLERK

# DAVID KLOSTERBOER & ASSOCIATES

1301 E. COLLINS BLVD., SUITE 490
RICHARDSON, TEXAS 75081

**STEPHEN R. MARSH**
ATTORNEY AT LAW
*smarsh@travelers.com*
♦ LICENSED IN TEXAS AND UTAH

*Not a Partnership or Professional Corporation.*
*All attorneys are Employees of The Travelers*
*Indemnity Company*
*And its Property Casualty Affiliates*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/30/2015 3:16:59 PM
JEFFREY D. KYLE
Clerk

DIRECT TEL: (214) 570-6292
MAIN TEL: (214) 570-6300
FACSIMILE: (214) 570-6262

April 27, 2015

Jeffrey D. Kyle
Clerk of the Court
Court of Appeals Third District of Texas
P.O.Box 12547
Austin, Texas 78711-2547

Re:   Notice of Representation
Court of Appeals Number 03-15-00211-CV
Trial Court Case No. C2014-0085C
*Douglas W. Kirk vs. Plano Independent School District, et al.*
Court of Appeals, Third District of Texas
Our File No. 2014044477

Honorable Clerk Kyle:

I have been requested to serve as lead counsel for the Appellees in this case. Please designate me as lead counsel for the Appellees and add the following information to your records:

Stephen R. Marsh
Texas Bar No. 13019700
1301 E. Collins Blvd., Suite 490
Richardson, TX 75081
Direct Telephone: 214-570-6292
Telephone: 214-570-6300
Facsimile: 1-855-748-3821

Thank you for your consideration.

Very truly yours,

Stephen R. Marsh

SRM/ltc

Cc:

Douglas W. Kirk, Pro Se
1850 Old Sattler Road
Canyon Lake, TX 78132